--------------------------------------------------------------------------------

 NUMBER 13-13-00569-CV

 COURT OF APPEALS

 THIRTEENTH DISTRICT OF TEXAS

 CORPUS CHRISTI - EDINBURG 
____________________________________________________________

LONNIE ALFRED JACKSON, Appellant,

 v.
WEI HAN, Appellee.
____________________________________________________________

 On appeal from the 347th District Court
 of Nueces County, Texas.
____________________________________________________________

 ORDER

 Before Chief Justice Valdez and Justices Benavides and Longoria
 Order Per Curiam

This Court previously issued an opinion and judgment in this cause on January 30, 2014 dismissing the appeal. See Jackson v. Han, No. 13-13-00569-CV, 2014 WL 346041 (Tex. App. -- Corpus Christi Jan. 30, 2014, no pet.) (per curiam mem. op.). Subsequently, appellant filed a motion to reconsider our dismissal and motion to reinstate the appeal. By previous ruling, the Court granted the motions. 
Through this order, we withdraw the opinion and judgment previously issued in this cause and order that this appeal is active on the Court's docket, and is subject to all applicable appellate deadlines. At the present time, the clerk's record and reporter's record have been filed. Accordingly, appellant's brief is due on March 21, 2014 as previously ordered. 
It is so ORDERED.
PER CURIAM

Delivered and filed the
20th day of February, 2014.